# EXHIBIT B



# Kroger Freight Billing Instructions
# Table of Contents – Effective 9/11/22

| Shipment Type | Page |
|---|---|
| **Auto Pay Program** | 2 |
| **FAQ** | 2 |
| **Aging Accounts Receivable Communication** | 3 |
| **Accessorial Invoicing** | 4 |
| **Sites and work not paid through Auto Pay Program** | 6 |
| **RASC Manufacturing Invoicing Instructions** | 7-8 |

1



### KROGER 'AUTO PAY' PROGRAMS

In the Auto Pay program, Kroger creates a weekly upload with all carrier activity for a specific group of lanes and sends the data to CASS who then initiates payment, at the tendered rate, for each line submitted to the SCAC of the carrier assigned in the tender process.   Carrier payment terms will remain Net 30 days from Due Date of shipment to CASS ACH check date on average.  In order to balance against the Kroger autopay remittance, it is important that you maintain within your accounts receivable process the identifying numbers under which the records will be paid.  For One Network you will need the Movement Number in full and the 5 or 6 digit PO number.  For iTrade loads you will need to retain the 8-digit PO number.

**Frequently Asked Questions:**

1. **How do I know what KTC Business Unit my load is from?**

**Produce Freight –** these loads will be tendered to you through iTrade.  Paid through Autopay.
**Manufacturing OB Freight –** these loads are shipped from Kroger Manufacturing Plants or Consolidation Centers (see list in ACCESSORIAL instructions).  These loads will be tendered to you through One Network and are paid through Autopay.
**Manufacturing IB Freight –** these loads are shipped from various locations and consigned to Kroger Manufacturing Plants.  These loads may be tendered to you through One Network but are **not paid through autopay**.  See P6.
**Retail Freight –** these loads originate at CPG locations and are consigned to Kroger Distribution Centers.  They are paid through Autopay.

2. **How will I know whether I need to submit an invoice work done for Kroger?**

Autopay loads will not require invoices to be sent to Kroger or CASS for Linehaul/fsc.  Non-Autopay loads are listed within these billing instructions on P6.

3. **Do I still need to submit an invoice to CASS for payment?**

No.  In fact, it is detrimental to the process for paper invoices to be sent.  When you set up your invoice internally for accounts receivable, you must use the Movement # from the One Network, or the 8-digit PO number from iTrade, as your reference for matching.  If you have auto-invoicing set up for the Kroger account, please turn off the function for sending invoices to CASS or Kroger.

4. **What if I am tendered a Spot Move?  Should I send an invoice to CASS for that?**

No.  All activity on the auto-pay accounts will be paid through the auto-pay process.

5. **How will I be able to match up the CASS payment with my activity?**

For produce shipments, the Pro Number and Doc Number in CASS will match the 8-digit Master PO Number that is used in I-trade.  For loads sourced from One Network, the Pro Number and Doc Number in CASS will match the Movement# and PO# provided with the tender in One Network.

6. **How will I be able to reconcile the amount paid through Autopay to my system?**

The dollar amount paid will be the Linehaul plus FSC as provided in the tender.  If the amount of the tender does not match the amount you have agreed to run the load for, you will need to reject the tender and contact the coordinator, or Kroger associate who created the tender.

7. **What if I have accessorial charges that happen after the tender is accepted?**

The accessorial process does not change with Autopay.  Please follow the current process for Product/iTrade loads as well as the specified process for Manufacturing, Retail and Consolidated (One Network) loads.

2



## Accounts Receivable Aging Communication Process

- ✓ **The autopay process takes delivered loads directly from the Kroger tendering systems to CASS for payment.  Loads not in CASSPORT within 4 weeks of delivery should be communicated.**
- ✓ **Aging reports will be reviewed for all loads submitted within 240 days of delivery.  Any aging older than that is subject to being rejected.**
- ✓ **Aging reports presented without key data points and separated out as requested will not be reviewed until corrected**

a) **Produce/Floral/Meat Loads Tendered Thru Itrade/Produce DC to DC Transfers tendered through One Network**
   a. Send e-mail requests to:  KTCPRDReimbursement@kroger.com
   b. To request information regarding missing or short payments, please include the following:
      - ARRIVAL DATE/ iTrade ARRIVAL DATE
      - PO NUMBER (8 digit if iTrade po)
      - ORIGIN =first stop the driver picked up at City, State
      - CARRIER SCAC CODE in ITrade
      - ONE NETWORK tendered rate/iTrade FREIGHT RATE (Total freight cost on iTrade)
      - Cass paid Amount zero if missing payment
      - Valid balance due amount
   c. In subject line include
      - Carrier name
      - "Autopay Aging Request"

b) **One Network Tendered Loads**
   a. Please separate aging communication by KTC business unit.
      - For MANUFACTURING Plants and CONSOLIDATION Centers - KTCMFGReimbursement@kroger.com
      - For RETAIL vendor loads shipping from CPG to Kroger DC's and non-Produce DC to DC transfers - KTCRTLReimbursement@kroger.com
   b. In subject line include
      - Carrier name and "Autopay Aging Request"
   c. Information required
      - Movement # and PO number
      - Date of pickup or delivery
      - Origin/Destination
      - Amount due
      - Please note if this is a balance due based on tender rate.
   d. Please separate accessorial aging requests from Linehaul aging requests.  Include in request
      - Invoice Number
      - Movement # and PO number
      - Date of pickup or delivery
      - Origin/Destination
      - Amount due

3



## Accessorial Invoice Email Instructions

1. For loads tendered through iTrade (and Produce DC to DC transfers)
    a. Email to [KTCPRDReimbursement@kroger.com](mailto:KTCPRDReimbursement@kroger.com) within 48 hours of delivery
    a. Subject line: **Perishable/INV#/Type of Accessorial**
2. For loads tendered through One Network (except for Produce DC to DC transfers) Manufacturing, Consolidation and Retail loads, email requirements include
    a. Digital copy of invoice(s); one invoice per PDF; one PDF per email
    b. Proof of approval, OPTIONS
        1. One Network screen shot for detention at Kroger DC
        2. Email confirmation received prior to submitting invoice
        3. Lumper receipt
    c. One (1) page only of BOL must include PO #, Shipper, and Consignee.
    d. Total PDF should be no more than 3 pages following the above direction
3. Subject line rules
    a. The following guidelines must be followed when submitting invoice(s) via email. ==If an email is received without these subject lines, the email will be discarded==.
        1. Retail "Insert Kroger Consignee Name and City" Accessorial Fee Type
        2. Manufacturing "Insert Kroger Shipping Plant Name" Accessorial Fee Type
    b. All Retail and Manufacturing accessorial invoices must be submitted within 2-weeks of delivery
4. Accessorial Email Addresses and descriptions
    a. [KrogerAccMFGFreight@kroger.com](mailto:KrogerAccMFGFreight@kroger.com)
        1. All outbound from sites as listed below
            1. Acme Distribution 041C
            2. Delight Products Outbound
            3. Interstate Warehouse - Franklin
            4. Interstate Warehouse - Franklin - CROSSDOCK
            5. Interstate Warehouse - Keystone
            6. Jackson Dairy - 070-Hutchinson Plant
            7. Kroger - America's Beverage - America's Beverage ABC
            8. Kroger - CCI - Cold Chain Integrity 050
            9. Kroger - CCI - Cold Chain Integrity 050 - CROSSDOCK
            10. KROGER - CENTENNIAL FARMS DAIRY - 258
            11. KROGER - Country Oven - COUNTRY OVEN BAKERY
            12. KROGER - Crossroad Farms Dairy - Crossroad Farms Dairy-052
            13. Kroger - Heritage Farms Dairy - 252
            14. KROGER - Kenlake - KENLAKE FOODS-043
            15. KROGER - MICHIGAN DAIRY
            16. Kroger - Pace Dairy Crawfordsville Indiana
            17. KROGER - Pontiac - PONTIAC FOODS
            18. Kroger - Springdale Beverage - Springdale Beverage 551 c/o Verst Group Logistics
            19. KROGER - State Ave - STATE AVE PLANT
            20. KROGER - State Ave - VOGT PLANT
            21. KROGER - TAMARACK FARMS-055
            22. KROGER - Tara Foods - TARA FOODS
            23. Kroger - Tolleson Dairy

4



      24. Kroger - Westover Dairy - 054
      25. Kroger Hispanic Cons - 035HC-c/o Southstar Logistics
      26. Kroger Western DC - 189-Goddard
      27. M and W Distribution Services - 069
      28. MVF - Henderson - 080
      29. PACE DAIRY - MN-ROCHESTER CHEESE
      30. Peyton's - Bluffton 181A
      31. RALPHS - LA HABRA BAKERY
      32. Roundys Kenosha
      33. Swan Island Dairy - 01506727
      34. US Cold Storage- Ice Cream Consolidation
      35. US Cold Storage- Ice Cream Consolidation - CROSSDOCK
      36. US Cold Storage Syracuse - Layton Dairy
      37. Vandervoort Dairy - 053-c/o Southstar Logistics
      38. Winchester Farms Dairy - 253
      39. WT Young Storage - WT Young-DRY

  b. KrogerAccRetailFreight@kroger.com
      1. All charges related to inbound freight to Kroger KMA sites from CPG vendors.
      ==NOTE: Manufacturing and Consolidation sites mentioned in the address under "a." in this section are not included as Retail==
      2. All charges related to inbound to the following Peyton sites
            1. D_Peyton Northern - Bluffton-Dry_Bluffton_IN_46714_USA_D
            2. D_Peyton Southern - Cleveland-Dry_Cleveland_TN_37311_USA_D
            3. D_Peyton's - Fountain 388_Fountain_CO_80817_USA_D

  c. **Other exceptions noted below:**
      1. **The below sites require site approval to process detention invoices. Please email them your invoice for the detention along with the data required for the approval. These sites will submit all detention invoices for payment.**
      2. patricia.sternberg@ralphs.com for any detention related to inbound to Compton, CA
            1. D_Ralphs - Compton-003_Compton_CA_90220_USA_R
            2. D_Ralphs-Compton_Compton_CA_90220_USA_R
            3. D_Kroger - C&S - Stockton_Compton_CA_90220_USA_R
            4. D_Ralphs - Riverside_Compton_CA_90220_USA_R
      3. Shannon.jones@kroger.com/Lisa.schofill@kroger.com
            1. All charges related to inbound to below unless covered in the Mfg list above
                a. D_Peyton - Portland_Portland_TN_37148_USA_D
                b. D_Peyton's - Mid-South 086_Portland_TN_37148_USA_D
      4. aaron.kirk@kroger.com / mike.giaquinta@kroger.com
            1. All charges related to inbound to below unless covered in the Mfg list above
                a. D_Peyton's - Buckeye 185_Phoenix_AZ_85043_USA_D



**Kroger/One Network Lanes not in scope for Auto Pay**

**Retail Freight Sites not managed by KTC Contact Information**
**Invoices for loads tendered to ship to the below sites will be paid through paper invoices sent to the below associates. These sites are not managed at the KTC.**

1. Peyton Portland – Shannon.jones@kroger.com/Lisa.schofill@kroger.com
    Peyton's Mid South 086
    120 Kirby Rd
    Portland, TN  37148
2. Peyton Phoenix - aaron.kirk@kroger.com / mike.giaquinta@kroger.com
    Peyton's Buckeye 185
    5305 West Buckeye Rd
    Phoenix, AZ  85043
3. Harris Teeter
    All locations


**LTL Inbound collect freight will not be paid by AutoPay process.**
- **Peyton LTL invoices including these sites:**
    - 087 – Cleveland, TN (Southeast) – 160 Goldstar Dr SW
    - 181 – Bluffton, IN (Northern) – 1111 S Adams St. 46714-9772
    - 388 – Fountain, CO – 11025 Charter Oak Range Rd
    - 086 – Portland, TN (MidSouth) – 120 Kirby Rd
    - 185 – Phoenix, AZ (Buckeye) – 4302 W Buckeye RD Ste 105
        - Carriers will need to reach out to the Cass Carrier Payment Service team at invoiceupload@cassinfo.com
          Carriers can access the Invoice Upload tool through CassPort at https://my.cassport.com
          Any questions or concerns with Cass carrier invoice process, please contact the Cass team directly at krogersupportservices@cassinfo.com
- **For All other LTL invoices, please continue current carrier billing instructions.**

**DSD invoices for dedicated work from DC to stores will not be paid through the Auto Pay Process**

**Inbound to manufacturing plants tendered through One Network by KTC:**
- **Inbound to Pace Rochester, MN/Crawfordsville, IN**
- **Inbound to Kenlake – Murray, KY**
- **E-mail invoices to RASC via the e-mail address RASCMFGFreight@Kroger.com.**

**Outbound manufacturing plant freight invoices not tendered through One Network**
- **Tendered direct from the plant or shipper**
- **Not paid through the AutoPay process.**
- **E-mail invoices to RASC via the e-mail address RASCMFGFreight@Kroger.com.**
    - **Subject line must contain which manufacturing plant is being billed**

6



# Kroger Regional Accounting Service Center (RASC)
# Freight Invoice Instructions - Plant and Warehouse Carriers P1

Due to COVID-19 we have identified the needs and benefits of submitting invoices electronically. To help speed up the payment process, as of today we are switching to a digital format, and we will require invoices be submitted via e-mail to RASCMFGFreight@kroger.com.

**\*NOTE\*** This will not affect any invoices currently being paid through our Auto-Pay process, of which invoice submission is **NOT** required. That includes any invoices for loads scheduled and tendered with an assigned movement number from One Network. You will have likely received separate communications on these lanes over the past 12 months since this process began.

## Required Changes

- **In the e-mail subject line, please reference consignee location – Ex. "Jackson Dairy" or "Dallas Warehouse"**
- If you are including a BOL, PO, or other backup documentation, please include it after the invoice in the same attachment. Do **NOT** send backup documentation as a separate attachment.
- Please only send PDF files for this location.

Below is some general information that may be useful in ensuring that invoices are processed in a timely manner.

**General Information –** This information may be useful in ensuring that invoices are processed in a timely manner.

- Payment inquiries on these non-Auto-Pay lanes should continue to be e-mailed to: RASCMFGFreight@kroger.com
- Again, do **NOT** send invoices for any loads which are paid through our Auto-Pay process.
- To avoid confusion, do **NOT** address your emails to both RASCMFGFreight@kroger.com and a specific member of the Kroger Freight team.
- To avoid duplicates and delayed payment, follow up on the original email sent with invoices. Please only send invoices one time via e-mail unless requested directly by a member of the Kroger team.
- We **CANNOT** attempt to access any third-parties storage location or download links to retrieve invoice documents. Please send the invoices in PDF format for ease of management
  - Use a compressed zip file if there are large quantities of invoices to save space.



# Kroger Regional Accounting Service Center (RASC)
# Freight Invoice Instructions - Plant and Warehouse Carriers P2

## Kroger Inbound Manufacturing Sites
## Billing Instructions

All invoices for Inbound Manufacturing shipments must be e-mailed to **RASCMFGFreight@Kroger.com**. Upon receipt, the freight will be coded by RASC and the invoice will be mailed to CASS. Invoices sent directly to CASS will be rejected to the carrier.

- Each of the 33 Kroger Inbound Manufacturing Sites have a different Bill to Name but share the same e-mail address for submission. In the e-mail subject line, please reference Consignee/Ship to location. If there are more than 1 invoices being sent, please send all PDFs in a compressed zip file sorted by the Consignee/Ship to location. Each PDF should contain only the invoice (as the first page) and backup for one invoice (following the invoice).

| NAME | ADDRESS | CITY | STATE | ZIP | NAME |
|---|---|---|---|---|---|
| America's Beverage | 1331 E. Airport Freeway | Irving | TX | 75062 | Inbound - America's Beverage |
| Anderson Bakery | 433 Sayre Street | Anderson | SC | 29622 | Inbound - Anderson Bakery |
| Centennial Farms | 2121 Faulkner Rd | Atlanta | GA | 30324 | Inbound - Centennial Farms |
| Clackamas Bakery Plant | 16253 SE 122nd Ave | Clackamas | OR | 97015 | Inbound - Fred Meyer Bakery |
| Compton Creamery | 2201 S Wilmington Ave | Compton | CA | 90220 | Inbound - Compton Creamery |
| Country Oven Bakery | 2840 Pioneer Drive | Bowling Green | KY | 42102 | Inbound - Country Oven Bakery |
| Crossroad Farms | 400 S Shortridge Rd | Indianapolis | IN | 46219 | Inbound - Crossroad Farms |
| Delight Products | 1200 Industrial Dr | Springfield | TN | 37172 | Inbound - Delight Products |
| Heritage Farms Dairy | 1100 New Salem Hwy | Murfreesboro | TN | 37129 | Inbound - Heritage Farms Dairy |
| Indianapolis Bakery | 6801 English Ave | Indianapolis | IN | 46219 | Inbound - Indianapolis Bakery |
| Jackson Dairy | 2600 E 4th St | Hutchinson | KS | 67504 | Inbound - Jackson Dairy |
| KB Speciality Foods | 1225 N Broadway St | Greensburg | IN | 47240 | Inbound - KB Speciality Foods |
| King Soopers Bakery | 60 Yuma St | Denver | CO | 80223 | Inbound - King Sooper Bakery |
| Kenlake Foods | 300 N L.P. Miller St | Murray | KY | 42071 | Inbound - Kenlake Foods |
| Kroger Mountain View Foods | 10241 East 51st Avenue | Denver | CO | 80239 | Inbound - Kroger Mountain View Foods |
| La Habra Bakery Plant | 777 S. Harbor Blvd | LaHabra | CA | 90631 | Inbound - La Habra Bakery Plant |
| Michigan Dairy | 29601 Industrial Rd | Livonia | MI | 48150 | Inbound - Michigan Dairy |
| Pace Dairy of IN | 800 Englewood Dr | Crawfordsville | IN | 47933 | Inbound - Pace Dairy of IN |
| Pace Dairy of MN | 2700 Valley High Dr NW | Rochester | MN | 55901 | Inbound - Pace Dairy of MN (Rochester) |
| Pontiac Foods | 813 Bookman Rd | Pontiac | SC | 29045 | Inbound - Pontiac Foods |
| Roundy's Commissary - RCK Foods | 5200 52nd Street | Kenosha | WI | 53144 | Inbound - RCK Foods |
| Riverside Creamery | 1500 Eastridge Ave | Riverside | CA | 92507 | Inbound - Riverside Creamery |
| Smith's / Layton Bakery | 500 N Sugar St Bldg 5 | Layton | UT | 84041 | Inbound - Smith's / Layton Bakery |
| Smith's / Layton Dairy | 500 North Sugar St | Layton | UT | 84041 | Inbound - Smith's / Layton Dairy |
| Springdale Ice Cream & Beverage | 11801 Chesterdale Rd | Cincinnati | OH | 45246 | Inbound - Springdale Ice Cream & Beverage |
| State Avenue | 1034 Depot St | Cincinnati | OH | 45204 | Inbound - State Ave |
| Swan Island Dairy Plant | 4950 N Basin | Portland | OR | 97217 | Inbound - Swan Island Dairy Plant |
| Tamarack Farms Dairy | 1701 Tamarack Rd | Newark | OH | 43055 | Inbound - Tamarack Farms Dairy |
| Tara Foods | 1900 Cowles Lane | Albany | GA | 31705 | Inbound - Tara Foods |
| Tolleson Dairy Plant | 500 South 99th Ave Bldg 3 | Tolleson | AZ | 85353 | Inbound - Tolleson Dairy |
| Vandervoort Dairy | 900 S Main St | Ft Worth | TX | 76104 | Inbound - Vandervoort Dairy |
| Westover Dairy | 2801 Fort Ave | Lynchburg | VA | 24501 | Inbound - Westover Dairy |
| Winchester Farms Dairy | 500 Rolling Hills Lane | Winchester | KY | 40391 | Inbound - Winchester Farms |

8