# **EXHIBIT C**



**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| | |
|---|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box ☑. There is no additional administrative fee for this service. | |
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. | |

Name of Respondent: The Kroger Co.

Address: 1014 Vine Street

City: Cincinatti    State: Ohio    Zip Code: 45202

Phone No.: (678) 296-7478    Fax No.: N/A

Email Address: mark.walter@kroger.com

Name of Representative (if known): Mark Walter, Director of Transportation

Name of Firm (if applicable):

Representative's Address: 2620 Elm Hill Pike

City: Nashville    State: Tennessee    Zip Code: 37214

Phone No.: (678) 296-7478    Fax No.: N/A

Email Address: mark.walter@kroger.com

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:

Medallion Transport & Logistics, LLC ("Medallion" or "Claimant"). Medallion and The Kroger Co. ("Kroger" or "Respondent") are parties to a Non Dedicated Contract Carrier Transportation Agreement dated December 12, 2019 (the "Agreement"), under which Medallion provided transportation services to Kroger. This is a claim for unpaid freight charges in the approximate amount of $3,100,000.00 for transportation

Dollar Amount of Claim: $ 3,100,000.00 not including interest.

Other Relief Sought: ☑ Attorneys Fees   ☑ Interest   ☑ Arbitration Costs   ☐ Punitive/Exemplary
☐ Other:

Amount enclosed: $ 3,850

In accordance with Fee Schedule: ☑ Flexible Fee Schedule   ☐ Standard Fee Schedule

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

Commercial contract disputes involving transportation services.

Hearing locale: Cincinatti, Hamilton County, Ohio

(check one) ☐ Requested by Claimant   ☑ Locale provision included in the contract

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*



**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| Estimated time needed for hearings overall: | hours or 2 | days |
|---|---|---|

| Type of Business: | |
|---|---|
| Claimant: Interstate Motor Carrier | Respondent: Food Retailer and Supermarket Operator |

| Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other? |
|---|
| No |

| Signature (may be signed by a representative): | Date: |
|---|---|
| /s/: Michael T. Traxler, Esquire | 12/9/2024 |

| Name of Claimant: Medallion Transport & Logistics, LLC |
|---|

| Address (to be used in connection with this case): 1210 Northbrook Drive, Suite 420 |
|---|

| City: Trevose | State: Pennsylvania | Zip Code: 19053 |
|---|---|---|

| Phone No.: (704) 235-0460 ext. 1011 | Fax No.: (732) 757-0746 |
|---|---|

| Email Address: gary.weilheimer@medalliontrans.com |
|---|

| Name of Representative: Michael T. Traxler, Esquire |
|---|

| Name of Firm (if applicable): Saxton & Stump LLC |
|---|

| Representative's Address: 4250 Crums Mill Road, Suite 201 |
|---|

| City: Harrisburg | State: Pennsylvania | Zip Code: 17112 |
|---|---|---|

| Phone No.: (717) 941-1216 | Fax No.: (717) 547-1900 |
|---|---|

| Email Address: mtt@saxtonstump.com |
|---|

| To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee. |
|---|

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*