# EXHIBIT D



**Ariel M. Fox**
Partner
513.651.6848 (t)
513.651.6981 (f)
afox@fbtlaw.com

May 1, 2025

**VIA EMAIL**

Amy Gomes
Senior Case Administrator
American Arbitration Association
1301 Atwood Ave, Suite 211N
Johnston, RI 02919

**RE: Medallion Transport & Logistics, LLC v. The Kroger Co. – Notice of Opt Out**

Dear Ms. Gomes:

This firm represents The Kroger Co. ("Kroger") and hereby provides this notice to AAA that Kroger is opting out of arbitration pursuant to Section 12.5 of Kroger and Medallion Transport & Logistics, LLC's ("Medallion") transportation agreement (the "Agreement").

Section 12.5 of the parties' Agreement provides that "[i]n cases where the alleged damages equal or exceed three million dollars (exclusive of interest and costs) either party may opt out of the requirement to arbitrate the dispute and proceed with action in U.S. Federal District Court in Cincinnati, Hamilton County, Ohio." Kroger has informed Medallion of its intention to proceed in Federal Court.

We appreciate your assistance with this matter.

Regards,

*Ariel M. Fox*

Ariel M. Fox

Cc:  Ali Razzaghi
     Michael T. Traxler